✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN -2 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:01-CR-218-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL GANT | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (ECF#25), sentencing having been imposed on February 15, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: RIO SUITE HOTEL AND CASINO
Amount of Restitution: $1,989.00

**Total Amount of Restitution ordered: $1,989.00**

Dated this 30 day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE